## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                        Case No.  09-cr-22-01-SM

Paul Geden

## O R D E R

Defendant Geden's motion to continue the final pretrial conference and trial is granted  (document 10).   Trial has been rescheduled for the July 2009 trial period.   Defendant Geden  shall file a waiver of speedy trial rights not later than May 21, 2009.    On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**    July 9, 2009  at 11:30 a.m.

**Jury Selection**: July 21, 2009  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 8, 2009

cc:     Jonathan Saxe, Esq.
        Robert Veiga, AUSA
        US Probation
        US Marshal